**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YOUSEF MEGUID,

                        Plaintiff,                          **ORDER**

           -against-                         **25-CV-9826 (JW)**

BATSKA CONSULTING GROUP, LLC,

                        Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has referred the Parties to mediation. Dkt. No. 15. The Parties are to comply with the Court's order and file a status letter updating the Court on the status of mediation by **April 30, 2026.**

SO ORDERED.

DATED:    New York, New York
            February 26, 2026

                                     *Jennifer E. Willis*
                                  JENNIFER E. WILLIS
                                United States Magistrate Judge